BEFORE THE THIRD DIVISION, JANUARY 23, 1939

**No. 40504.**—Protest 961128–G of J. Wallworth's Sons (Philadelphia).

Opinion by EVANS, J. It was stipulated that the merchandise consists of waste the same as that which was the subject of Abstract 36301. The claim for free entry as paper stock under paragraph 1750 was therefore sustained.

**No. 40505.**—Protest 677721–G of Imoto Bros. (New York).

Opinion by KEEFE, J. In accordance with stipulation of counsel and on the authority of *Woolworth* v. *United States* (T. D. 47647) the merchandise in question was held free of duty under paragraph 1703 as claimed.

**No. 40506.**—Protests 933839–G, etc., of Anderson & Meyer et al. (San Francisco, etc.).

Opinion by KEEFE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

JANUARY 19, 1939

**No. 40507.**—Protest 931384–G of Balfour, Guthrie & Co., Ltd. C. D. 58. Application by plaintiff for rehearing denied.

JANUARY 21, 1939

**No. 40508.**—SUIT 4152.—*Daprato Statuary Co.* v. *United States.* T. D. 49225 affirmed.

JANUARY 23, 1939

**No. 40509.**—SUIT 4146.—*Rosenbaum Grain Corp. et al.* v. *United States.* T. D. 49205 affirmed.